# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | TRAINS AND CARS OF | § | Case No. 10-18073 |
| | YESTERDAY, INC. | § | |
| | TRAINS AND TOYS OF | § | |
| Debtor(s) | YESTERDAY, INC. | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/22/2011 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/11/2011        By:   /s/Glenn R. Heyman
                                     Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TRAINS AND CARS OF YESTERDAY, INC. | § | Case No. 10-18073 |
| | § | |
| TRAINS AND TOYS OF YESTERDAY, INC. | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 134,211.20 |
| *and approved disbursements of* | $ 25,437.52 |
| *leaving a balance on hand of* [1] | $ 108,773.68 |

**Balance on hand:** $ 108,773.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 108,773.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 9,960.56 | 0.00 | 9,960.56 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,901.50 | 0.00 | 7,901.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 164.25 | 0.00 | 164.25 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 2,137.50 | 0.00 | 2,137.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 20,163.81 |
| Remaining balance: | $ | 88,609.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 88,609.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,100.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | State of Illinois Dept. of Revenue | 1,100.00 | 0.00 | 1,100.00 |

Total to be paid for priority claims: $ 1,100.00
Remaining balance: $ 87,509.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 407,760.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Learning Curve Brand Inc | 1,993.52 | 0.00 | 427.83 |
| 2 | Melissa & Doug | 1,224.52 | 0.00 | 262.80 |
| 3 | Lionel LLC | 178,585.17 | 0.00 | 38,326.29 |
| 4 | Walthers | 2,721.67 | 0.00 | 584.10 |
| 5 -2 | Cleveland Hobby Supply Company | 67,250.18 | 0.00 | 14,432.61 |
| 6 | American Express Bank, FSB | 29,562.61 | 0.00 | 6,344.45 |
| 7 | American Express Bank, FSB | 3,388.38 | 0.00 | 727.18 |
| 8 | American Express Bank, FSB | 8,474.17 | 0.00 | 1,818.65 |
| 9 | Capital Property Management & Associates Inc | 114,560.71 | 0.00 | 24,585.96 |

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for timely general unsecured claims: | $ | 87,509.87 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 85,581.21 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | JPMorgan Chase Bank, NA | 85,581.21 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                          Case No. 10-18073-PSH
Trains and Cars of Yesterday, Inc.                                              Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez               Page 1 of 2                    Date Rcvd: Oct 12, 2011
                               Form ID: pdf006             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
```
db           +Trains and Cars of Yesterday, Inc.,     7923 W. Golf Rd.,    Morton Grove, IL 60053-1040
15460290     +Allied National Inc.,    440 Regency Parkway,    Omaha, NE 68114-3742
15460291      American Express,    Bankruptcy,    P.O. Box 981531,    El Paso, TX 79998-1531
15775019      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15750114      American Express Bank, FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15460294     +Balourdes & Mikuzis LLP,    535 N. Michigan Ave.,    Ste. 200,    Chicago, IL 60611-3819
15460295     +Beermann Swerdlove,    161 N. Clark St.,    Suite 2600,    Chicago, IL 60601-3297
15460296     +Capital Property Management,     7063 W. Belmont Ave.,    Chicago, IL 60634-4539
15460297     +Capital Property Management,     Washington Commons LLC,    7063 W. Belmont Ave.,
               Chicago, IL 60634-4539
15824129     +Capital Property Management & Associates Inc,    Steven P Mikuzis,
               535 N Michigan Avenue Suite 200,    Chicago, IL 60611-3819
15460298      Chase,   PO Box 9001022,    Baton Rouge, LA 70826
15460307     +Cleveland Hobby Supply Company,     Virgil Brown Trustee in Bk,    c/o Saul Elsen Atty for Trustee,
               21400 Chagrin Blvd Ste 200,    Beachwood, OH 44122-5308
15460299     +Comcast Spotlight,    8745 W. Higgins Rd.,    4th Floor,    Chicago, IL 60631-2750
15460301     +Coupon Cash Saver,    325 N. Milwaukee Ave.,    Suite J,    Wheeling, IL 60090-3071
16061052     +Fifth Third Bank,    P O Box 630900,    Cincinnati, OH 45263-0900
15460302     +Gimbel Abrams & Singer,    10 S. Riverside Plaza,    Chicago, IL 60606-3713
16061051    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Il Dept of Revenue,      Bankruptcy Division,    100 W Randolph St,
               Chicago, IL 60601)
16232194     +JPMorgan Chase Bank, NA,    John A Goudge,    Greene & Letts Ste 1650,    111 W Washington St,
               Chgo IL 60602-2754
15460303      Learning Curve Brand Inc,    2021 8th St SE,    Dyersville, IA 52040-2316
15460305     +Melissa & Doug,    PO Box 590,    Westport, CT 06881-0590,    Attn: Suzie Bordonaro
16061053     +Merchants Services,    371 Centennial Parkway,    Louisville, CO 80027-1360
16036868     +State of Illinois,    Department of Revenue,    Gina B Krol/Cohen & Krol,
               105 W Madison St Ste 1100,    Chicago, IL 60602-4600
15460308     +TM Books & Video,    4258 W. 1000 N,    Michigan City, IN 46360-9631
15460309     +UPS,   55 Glenlake Parkway, NE,    Atlanta, GA 30328-3474
15460310     +Village of Morton Grove,    6101 Capulina,    Morton Grove, IL 60053-2985
15460311      Walthers,    Attn: Diane Zancanaro,    Credit & Collections Mgr,    PO Box 3039,
               Milwaukee, WI 53201-3039
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15460300      E-mail/Text: legalcollections@comed.com Oct 13 2011 03:45:40      ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
15460304      E-mail/Text: thabel@lionel.com Oct 13 2011 03:46:50      Lionel LLC,    26750 Twenty Three Miles Rd,
               Chesterfield, MI 48051-1956
15460306      E-mail/Text: bankrup@nicor.com Oct 13 2011 03:44:37      Nicor,    PO Box 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 3
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15460292*     American Express,    Bankruptcy,    P.O. Box 981531,    El Paso, TX 79998-1531
15460293*     American Express,    Bankruptcy,    P.O. Box 981531,    El Paso, TX 79998-1531
15760060*     American Express Bank, FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Oct 12, 2011
                              Form ID: pdf006            Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**    *Joseph Speetjens*