**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TRAINS AND CARS OF YESTERDAY, INC.   §   Case No. 10-18073
                                             §
     TRAINS AND TOYS OF YESTERDAY, INC.      §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,600.00　　　　　<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants: $88,618.85 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration: $45,593.88 | |

3) Total gross receipts of $    134,212.73   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $134,212.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,593.88 | 45,593.88 | 45,593.88 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 499,218.55 | 493,342.14 | 493,342.14 | 87,518.85 |
| **TOTAL DISBURSEMENTS** | $499,218.55 | $540,036.02 | $540,036.02 | $134,212.73 |

    4) This case was originally filed under Chapter 7 on April 23, 2010. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2012            By: /s/GLENN R. HEYMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Daily Receipts | 1129-000 | 1,920.46 |
| Checking accounts(Fifth Third, Chase Banks) | 1129-000 | 2,647.38 |
| Toys and model train inventory, miscellaneous pa | 1129-000 | 129,295.60 |
| Warranties | 1229-000 | 24.00 |
| Refund from Insurance Policy | 1290-000 | 282.80 |
| Interest Income | 1270-000 | 42.49 |
| **TOTAL GROSS RECEIPTS** | | **$134,212.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 9,960.56 | 9,960.56 | 9,960.56 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,901.50 | 7,901.50 | 7,901.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 164.25 | 164.25 | 164.25 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 2,137.50 | 2,137.50 | 2,137.50 |
| American Auction Associates, Inc. | 3620-000 | N/A | 10,909.98 | 10,909.98 | 10,909.98 |
| ADT Security Services | 2420-000 | N/A | 155.43 | 155.43 | 155.43 |
| Capital Property Management & Associates, Inc. | 2410-000 | N/A | 12,934.38 | 12,934.38 | 12,934.38 |
| Nicor Gas | 2420-000 | N/A | 82.23 | 82.23 | 82.23 |
| Nicor Gas | 2420-000 | N/A | 1.20 | 1.20 | 1.20 |
| Commonwealth Edison Company | 2420-000 | N/A | 282.07 | 282.07 | 282.07 |
| Commonwealth Edison Company | 2420-000 | N/A | 307.22 | 307.22 | 307.22 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 125.80 | 125.80 | 125.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 208.48 | 208.48 | 208.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 252.73 | 252.73 | 252.73 |
| United States Treasury | 2810-000 | N/A | 178.00 | 178.00 | 178.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -7.45 | -7.45 | -7.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 45,593.88 | 45,593.88 | 45,593.88 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | State of Illinois Dept. of Revenue | 5800-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,100.00 | 1,100.00 | 1,100.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Learning Curve Brand Inc | 7100-000 | 1,993.52 | 1,993.52 | 1,993.52 | 427.88 |
| 2 | Melissa & Doug | 7100-000 | 1,240.10 | 1,224.52 | 1,224.52 | 262.82 |
| 3 | Lionel LLC | 7100-000 | 178,585.17 | 178,585.17 | 178,585.17 | 38,330.23 |
| 4 | Walthers | 7100-000 | 3,385.75 | 2,721.67 | 2,721.67 | 584.16 |
| 5 -2 | Cleveland Hobby Supply Company | 7100-000 | 67,250.18 | 67,250.18 | 67,250.18 | 14,434.09 |
| 6 | American Express Bank, FSB | 7100-000 | 30,933.10 | 29,562.61 | 29,562.61 | 6,345.10 |
| 7 | American Express Bank, FSB | 7100-000 | 3,388.38 | 3,388.38 | 3,388.38 | 727.26 |
| 8 | American Express Bank, FSB | 7100-000 | 8,474.17 | 8,474.17 | 8,474.17 | 1,818.83 |
| 9 | Capital Property Management & Associates Inc | 7100-000 | 114,460.71 | 114,560.71 | 114,560.71 | 24,588.48 |
| 11 | JPMorgan Chase Bank, NA | 7200-000 | 83,250.82 | 85,581.21 | 85,581.21 | 0.00 |
| 12 | JPMorgan Chase Bank, NA | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Comcast Spotlight | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Beemann Swerdlove | 7100-000 | 150.75 | N/A | N/A | 0.00 |
| NOTFILED | Coupon Cash Saver | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 34.82 | N/A | N/A | 0.00 |
| NOTFILED | Village of Morton Grove | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 40.87 | N/A | N/A | 0.00 |
| NOTFILED | TM Books & Video | 7100-000 | 480.30 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 114.91 | N/A | N/A | 0.00 |
| NOTFILED | Gimbel Abrams & Singer | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 499,218.55 | 493,342.14 | 493,342.14 | 87,518.85 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-18073  
**Case Name:** TRAINS AND CARS OF YESTERDAY, INC.  
**Period Ending:** 04/05/12

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 04/23/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 08/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Daily Receipts | 845.00 | 845.00 | | 1,920.46 | FA |
| 2 | Checking accounts(Fifth Third, Chase Banks) | 4,462.65 | 4,462.65 | | 2,647.38 | FA |
| 3 | Refrigerator Microwave Coffee Maker Vacuum Clean | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Customer List | Unknown | 0.00 | | 0.00 | FA |
| 5 | Cash Register (2) Desks (4) Adding Machine (2) C | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 6 | Air Compressor Sand Blaster Misc. Tools | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 7 | Toys and model train inventory, miscellaneous pa | 150,000.00 | 150,000.00 | | 129,295.60 | FA |
| 8 | Warranties  (u) | Unknown | Unknown | | 24.00 | FA |
| 9 | Refund from Insurance Policy  (u) | Unknown | Unknown | | 282.80 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 42.49 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$158,907.65** | **$158,907.65** | | **$134,212.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/15: Auction of assets held in June.  After bar date will review claims and file objections if necessary

12/30/2011: TFR filed and disbursements made.  Once checks have cleared, will file a Final Account.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011       **Current Projected Date Of Final Report (TFR):**   September 13, 2011  (Actual)

Printed: 04/05/2012 11:34 AM    V.12.57

Case 10-18073    Doc 40    Filed 04/05/12    Entered 04/05/12 12:02:00    Desc Main
Document      Page 7 of 11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-18073  
**Case Name:** TRAINS AND CARS OF YESTERDAY, INC.  
**Taxpayer ID #:** **-***8940  
**Period Ending:** 04/05/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/10 | {1} | Pastor Charles Merkner | Payment for merchandise | 1129-000 | 239.46 | | 239.46 |
| 04/30/10 | {1} | Cohen & Krol | Cash from sales after filing of bankruptcy | 1129-000 | 1,681.00 | | 1,920.46 |
| 05/21/10 | {8} | Lionel, LLC | Warranty Refund | 1229-000 | 24.00 | | 1,944.46 |
| 05/21/10 | 1001 | ADT Security Services, Inc. | Security System Payment<br>Customer #01200 133222687<br>Voided on 09/02/10 | 2420-003 | | 155.43 | 1,789.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,789.12 |
| 05/28/10 | | To Account #9200******4466 | Tranfer Funds to Checking to Pay Bills | 9999-000 | | 1,000.00 | 789.12 |
| 06/22/10 | {2} | Fifth Third Bank | Liquidation of Fifth Third Bank account | 1129-000 | 2,597.38 | | 3,386.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 3,386.60 |
| 07/12/10 | {7} | American Auction Associates, Inc. | Proceeds from Auction of Inventory | 1129-000 | 129,295.60 | | 132,682.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.92 | | 132,687.12 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.90 | | 132,695.02 |
| 09/02/10 | | To Account #9200******4466 | Transfer monies from Money Market to Checking | 9999-000 | | 24,500.00 | 108,195.02 |
| 09/02/10 | 1001 | ADT Security Services, Inc. | Security System Payment<br>Customer #01200 133222687<br>Voided: check issued on 05/21/10 | 2420-003 | | -155.43 | 108,350.45 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.71 | | 108,353.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 108,355.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.67 | | 108,358.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 108,361.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 108,364.11 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.49 | | 108,366.60 |
| 03/24/11 | {9} | The Hartford | Cancellation refund from insurance | 1290-000 | 282.80 | | 108,649.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 108,652.16 |
| 04/04/11 | {2} | JPMorgan Chase Bank | Liquidation of Chase Bank account ending in 3153 | 1129-000 | 50.00 | | 108,702.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.67 | | 108,704.83 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 108,707.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.89 | | 108,708.48 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 108,709.40 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 208.48 | 108,500.92 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 108,501.84 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.73 | 108,249.11 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.88 | | 108,249.99 |
| 10/13/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -7.45 | 108,257.44 |

Subtotals :     $134,211.20     $25,953.76

{} Asset reference(s)

Printed: 04/05/2012 11:34 AM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-18073  
**Case Name:** TRAINS AND CARS OF YESTERDAY, INC.  
**Taxpayer ID #:** **-***8940  
**Period Ending:** 04/05/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.91 | | 108,258.35 |
| 11/22/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.62 | | 108,258.97 |
| 11/22/11 | | To Account #9200******4466 | Transfer funds to close case | 9999-000 | | 108,258.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 134,212.73 | 134,212.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 133,758.97 | |
| | | | **Subtotal** | | 134,212.73 | 453.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$134,212.73** | **$453.76** | |

{} Asset reference(s)

Printed: 04/05/2012 11:34 AM   V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-18073  
**Case Name:** TRAINS AND CARS OF YESTERDAY, INC.  
**Taxpayer ID #:** **-***8940  
**Period Ending:** 04/05/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/28/10 | | From Account #9200******4465 | Tranfer Funds to Checking to Pay Bills | 9999-000 | 1,000.00 | | 1,000.00 |
| 05/28/10 | 101 | ComEd | Electric Bill<br>Account Number 3138354009<br>Voided on 09/02/10 | 2990-003 | | 191.64 | 808.36 |
| 05/28/10 | 102 | ComEd | Electric Bill<br>Account Number 3138353002<br>Voided on 09/02/10 | 2990-003 | | 274.49 | 533.87 |
| 09/02/10 | | From Account #9200******4465 | Transfer monies from Money Market to Checking | 9999-000 | 24,500.00 | | 25,033.87 |
| 09/02/10 | 101 | ComEd | Electric Bill<br>Account Number 3138354009<br>Voided: check issued on 05/28/10 | 2990-003 | | -191.64 | 25,225.51 |
| 09/02/10 | 102 | ComEd | Electric Bill<br>Account Number 3138353002<br>Voided: check issued on 05/28/10 | 2990-003 | | -274.49 | 25,500.00 |
| 09/02/10 | 103 | American Auction Associates, Inc. | Payment of Auctioneer expenses from auction sale | 3620-000 | | 10,909.98 | 14,590.02 |
| 09/02/10 | 104 | ADT Security Services | Payment of security services fees per Court Order | 2420-000 | | 155.43 | 14,434.59 |
| 09/02/10 | 105 | Capital Property Management & Associates, Inc. | Payment of rent, real estate taxes and CAM charges | 2410-000 | | 12,934.38 | 1,500.21 |
| 10/12/10 | 106 | Nicor Gas | Gas Service for 04/23/2010 - 07/15/2010<br> Account #47-78-14-0000 8 | 2420-000 | | 82.23 | 1,417.98 |
| 11/18/10 | 107 | Nicor Gas | Gas Service for 05/12/2010 - 06/30/2010<br> Account #47-78-14-0000 8 | 2420-000 | | 1.20 | 1,416.78 |
| 01/28/11 | 108 | Commonwealth Edison Company | Payment for electric service 04-23-2010 to 06-30-2010<br> acct #31383-54009 | 2420-000 | | 282.07 | 1,134.71 |
| 01/28/11 | 109 | Commonwealth Edison Company | Payment for electric service 04-23-2010 to 06-30-2010<br> acct #31383-53002 | 2420-000 | | 307.22 | 827.49 |
| 02/28/11 | 110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-18073<br> Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 125.80 | 701.69 |
| 09/27/11 | 111 | United States Treasury | Penalty Payment, TIN#36-3748940<br>Tax Period September 30, 2010 Form 1120S | 2810-000 | | 178.00 | 523.69 |
| 11/22/11 | | From Account #9200******4465 | Transfer funds to close case | 9999-000 | 108,258.97 | | 108,782.66 |
| 11/22/11 | 112 | GLENN R. HEYMAN | Dividend paid 100.00% on $9,960.56, Trustee | 2100-000 | | 9,960.56 | 98,822.10 |

Subtotals :    $133,758.97    $34,936.87

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 04/05/2012 11:34 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-18073  
**Case Name:** TRAINS AND CARS OF YESTERDAY, INC.  
**Taxpayer ID #:** **-***8940  
**Period Ending:** 04/05/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Compensation;  Reference: | | | | |
| 11/22/11 | 113 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,901.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,901.50 | 90,920.60 |
| 11/22/11 | 114 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $164.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 164.25 | 90,756.35 |
| 11/22/11 | 115 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $2,137.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 2,137.50 | 88,618.85 |
| 11/22/11 | 116 | State of Illinois Dept. of Revenue | Dividend paid 100.00% on $1,100.00; Claim# 10; Filed: $1,100.00; Reference: | 5800-000 | | 1,100.00 | 87,518.85 |
| 11/22/11 | 117 | Learning Curve Brand Inc | Dividend paid 21.46% on $1,993.52; Claim# 1; Filed: $1,993.52; Reference: | 7100-000 | | 427.88 | 87,090.97 |
| 11/22/11 | 118 | Melissa & Doug | Dividend paid 21.46% on $1,224.52; Claim# 2; Filed: $1,224.52; Reference: | 7100-000 | | 262.82 | 86,828.15 |
| 11/22/11 | 119 | Lionel LLC | Dividend paid 21.46% on $178,585.17; Claim# 3; Filed: $178,585.17; Reference: | 7100-000 | | 38,330.23 | 48,497.92 |
| 11/22/11 | 120 | Walthers | Dividend paid 21.46% on $2,721.67; Claim# 4; Filed: $2,721.67; Reference: | 7100-000 | | 584.16 | 47,913.76 |
| 11/22/11 | 121 | Cleveland Hobby Supply Company, Virgil Brown Trustee in Bank | Dividend paid 21.46% on $67,250.18; Claim# 5-2; Filed: $67,250.18; Reference: | 7100-000 | | 14,434.09 | 33,479.67 |
| 11/22/11 | 122 | American Express Bank, FSB | Dividend paid 21.46% on $29,562.61; Claim# 6; Filed: $29,562.61; Reference: | 7100-000 | | 6,345.10 | 27,134.57 |
| 11/22/11 | 123 | American Express Bank, FSB | Dividend paid 21.46% on $3,388.38; Claim# 7; Filed: $3,388.38; Reference: | 7100-000 | | 727.26 | 26,407.31 |
| 11/22/11 | 124 | American Express Bank, FSB | Dividend paid 21.46% on $8,474.17; Claim# 8; Filed: $8,474.17; Reference: | 7100-000 | | 1,818.83 | 24,588.48 |
| 11/22/11 | 125 | Capital Property Management & Associates Inc | Dividend paid 21.46% on $114,560.71; Claim# 9; Filed: $114,560.71; Reference: | 7100-000 | | 24,588.48 | 0.00 |

|  | ACCOUNT TOTALS | 133,758.97 | 133,758.97 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 133,758.97 | 0.00 | |
|  | **Subtotal** | 0.00 | 133,758.97 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$133,758.97** | |

{} Asset reference(s)

Printed: 04/05/2012 11:34 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 10-18073 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | TRAINS AND CARS OF YESTERDAY, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******44-66 - Checking Account |
| **Taxpayer ID #:** | **-***8940 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/05/12 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 134,212.73
———————
Net Estate : $134,212.73

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******44-65 | 134,212.73 | 453.76 | 0.00 |
| Checking # 9200-******44-66 | 0.00 | 133,758.97 | 0.00 |
| | $134,212.73 | $134,212.73 | $0.00 |